Recording Requested By:
BAYVIEW LOAN SERVICING, LLC

When Recorded Return To:

RECORD & RETURN TO
CT LIEN SOLUTIONS            15795
P.O. BOX 29071
Glendale, CA 91209-9071

## CORPORATE ASSIGNMENT OF MORTGAGE

Manatee, Florida
SELLER'S SERVICING #:000641913A "MOSCHIN"

S #: 1-888-679-6377

Date of Assignment: January 16th, 2015
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ACADEMY MORTGAGE CORP., ITS SUCCESSORS AND ASSIGNS at P.O. BOX 2026, FLINT, MI 48501-2026
Assignee: BAYVIEW LOAN SERVICING, LLC at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL 33146
Executed By: ALESSANDRO MOSCHIN AND LISA MOSCHIN, HUSBAND AND WIFE AS JOINTS TENANTS  To: ACADEMY MORTGAGE CORP.
Date of Mortgage: 05/25/2007 Recorded: 06/06/2007 in Book/Reel/Liber: 2208 Page/Folio: 3966 as Instrument No.: 2475016  In the County of Manatee, State of Florida.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $252,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ACADEMY MORTGAGE CORP., ITS SUCCESSORS AND ASSIGNS
On _____1/20/15_____

By: _____[signature]_____
ROBERT G. HALL, Assistant Secretary

STATE OF Florida
COUNTY OF Miami-Dade

On __1/20/15__, before me, ROGELIO A. PORTAL, a Notary Public in and for Miami-Dade in the State of Florida, personally appeared ROBERT G. HALL, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____[signature]_____
ROGELIO A. PORTAL
Notary Expires: 08/25/2016  #EE 197169

[Notary Seal: ROGELIO A. PORTAL, Notary Public - State of Florida, My Comm. Expires Aug 25, ..., Commission # EE 197...]

(This area for notarial seal)

Prepared By: Jamie Rodriguez, BAYVIEW LOAN SERVICING, LLC. 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL 33146

BK 2612 PG 4366 Dkt#3491490
ANGELINA COLONNESO Clerk of Circuit Court Manatee County FL. Filed & Recorded 3/24/16 2:31:51 PM
(1 of 1)

Recording Requested By:
WESTVUE NPL TRUST II

When Recorded Return To:

WESTVUE NPL TRUST II
C/O LONGVUE MORTGAGE CAPITAL, INC.
895 DOVE STREET, STE 125
NEWPORT BEACH, CA 92660

## CORPORATE ASSIGNMENT OF MORTGAGE

Manatee, Florida
SELLER'S SERVI...     MOSCHIN"

Date of Assignment: January 15th, 2016
Assignor: BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY at 4425 PONCE DE LEON BLVD, SUITE # 400, CORAL GABLES, FL 33146
Assignee: WESTVUE NPL TRUST II at LONGVUE MORTGAGE CAPITAL, INC. 895 DOVE STREET, STE 125, NEWPORT BEACH, CA 92660
Executed By: ALESSANDRO MOSCHIN AND LISA MOSCHIN, HUSBAND AND WIFE AS JOINT TENANTS To: ACADEMY MORTGAGE CORP.
Date of Mortgage: 05/25/2007 Recorded: 06/06/2007 In Book/Reel/Liber: 2208 Page/Folio: 3966 as Instrument No.: 2475016 In the County of Manatee, State of Florida.

Property Address: 6816 5TH STREET WEST, BRADENTON, FL 34207

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $252,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY
On _1/15/16_

By: _____
ROBERT G. HALL, Vice-President

STATE OF Florida
COUNTY OF Miami-Dade

The foregoing instrument was acknowledged and sworn to and subscribed before me this _1/15/16_ by ROBERT G. HALL , Vice-President, on behalf of the corporation.

PERSONALLY KNOWN __/__ OR PRODUCED INDENTIFICATION ____TYPE OF IDENTIFICATION PRODUCED _____

WITNESS my hand and official seal,

_____
ROGELIO A. PORTAL
Notary Expires: 08/25/2016 #EE 197169

ROGELIO A. PORTAL
MY COMMISSION # EE 197169
EXPIRES: August 25, 2016
Bonded Thru Notary Public Underwriters

(This area for notarial seal)

Prepared By: Jamie De Los Santos, BAYVIEW LOAN SERVICING, LLC, 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL 33146